UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LAI MUN MA,                                    :

             Plaintiff,                 :    <u>ORDER</u>

      -against-                          :
                             25 Civ. 8041 (GWG)
FRANK J. BISIGNANO,                            :

            Defendant.                 :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

On February 4, 2026, this Court issued an order directing plaintiff to file their brief for requested relief on or before March 6, 2026 (Docket # 14).   No filing by plaintiff appears on the docket sheet, however.   Thus, plaintiff has failed to comply with the Court's Order.

The Court is aware that the Commissioner filed a brief dated April 2, 2026, in support of the Commissioner's decision in this case (Docket # 15).   Plaintiff is directed to file a response to the Commissioner's brief on or before April 24, 2026.

If plaintiff fails to do so, this case may be dismissed for failure to prosecute under Fed. R. Civ. P. 41 and/or for failure to comply with a Court order under Fed. R. Civ. P. 16(f).

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.   Also, plaintiff may seek free legal assistance from the New York County Lawyers Social Security SDNY Project, which provides free legal representation in some Social Security cases, by contacting Carolyn A. Kubitschek at (212) 349-0900.

     SO ORDERED.

Dated: New York, New York
       April 3, 2026

                                     _____
                                     GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge